[No. 61372-3-I. Division One. November 17, 2008.]

PAUL CURTIS ET AL., *Appellants*, v. NORTHERN LIFE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-18578-1, Charles W. Mertel, J., entered March 26, 2007. *Reversed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 61374-0-I. Division One. November 17, 2008.]

BEAL BANK, SSB, *Respondent*, v. STEVEN SARICH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-11440-1, Douglas D. McBroom, J., entered February 6, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Becker, J., concurred in by Grosse and Appelwick, JJ.

[No. 35942-1-II. Division Two. November 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY JAMES CLEVELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03719-9, Rosanne Buckner, J., entered January 12, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36335-6-II. Division Two. November 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD TRACEY STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01763-7, Richard D. Hicks, J., entered May 24, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.